In the Matter of CARL WELLS, Appellant, v GREGORY CARRO, as Justice of the Supreme Court of the State of New York, Respondent.

Submitted April 20, 2009; decided June 9, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.